FILED:  July 6, 2023

## UNITED STATES COURT OF APPEALS
## FOR THE FOURTH CIRCUIT

———————————

No. 23-6246
(7:22-cv-00021-EKD-JCH)

———————————

ANDREW FIELDS, III

> Plaintiff - Appellant

v.

FEDERAL BUREAU OF PRISONS; WARDEN STREEVAL; A. W. GOLDEY;
CAPTAIN BAKER; MITCHELL; MULLINS; NEFF; EWING; GAYHEART;
SESSONS; FIELDS; SLOAN; NURSE SCOTT; J. ROBBINS; BOLLING;
GARRETT; SCHOLL; GILBERT; BAKER; BARKER; FARMER;
DICKENSON; LIEUTENANT LAFFIN; LIEUTENANT NICHOLOUS;
LIEUTENANT HAMILTON; LIEUTENANT MULLINS; HUGHES; LASTER

> Defendants - Appellees

———————————

O R D E R

———————————

Upon consideration of submissions relative to the motion to strike the pro se

informal opening brief, the court grants the motion and strikes the pro se informal

opening brief.

For the Court--By Direction

/s/ Patricia S. Connor, Clerk